No. 91–6326. WINTERS *v.* IOWA DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–6327. McQUILLION *v.* KOENIG, CHAIRMAN, CALIFORNIA BOARD OF PRISON TERMS. C. A. 9th Cir. Certiorari denied.

No. 91–6328. OTEY *v.* HOPKINS, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–6334. CHALK *v.* HARRISON ET AL. Sup. Ct. S. C. Certiorari denied.

No. 91–6335. DICK *v.* SAWYER ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–6336. CERVEN *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 91–6343. BOUVIER-MOORE *v.* TRANS WORLD AIRLINES, INC. C. A. 9th Cir. Certiorari denied.

No. 91–6345. BELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6348. THOMAS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 91–6351. BONHAM *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 91–6352. CARTER *v.* PAULDING COUNTY COURT ET AL. Ct. App. Ohio, Paulding County. Certiorari denied.

No. 91–6354. KELLY *v.* COWLEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 91–6355. JONES *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 91–6356. HUBBARD *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.